CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Jose Miguel Carrillo**<br>DOB: 1995; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-07913MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1:** On or about July 13, 2026, in the District of Arizona, **Jose Miguel Carrillo**, knowing and in reckless disregard of the fact that a certain illegal aliens, including Pablo Alberto Orozco-Ponce, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 13, 2026, in the District of Arizona (Sonoita), at approximately 11:15 p.m. Border Patrol Agents (BPAs) observed a van traveling eastbound on SR-82. BPAs observed one visible occupant, a man who appeared to be in his mid to late twenties. BPAs ran record checks on the vehicle which revealed the 2000 Chevrolet Venture was registered to Irma Carillo (a female) out of Nogales, AZ. BPAs found it unusual that the driver did not match the registered owner. Smugglers frequently operate vehicles registered to family members, acquaintances, or other individuals to distance themselves from the vehicle if encountered by law enforcement. Additionally, smugglers tend to use older vehicles to minimize financial loss if they are stopped by law enforcement. The vehicle was observed during Sonoita Station's Border Patrol shift change, a time when, smugglers may attempt to move illegal aliens (IAs) through the area believing operational transitions provide an opportunity to avoid detection. BPAs followed the vehicle and observed another individual suddenly become visible in the front passenger seat area after previously not being visible. Individuals attempting to avoid detection by Border Patrol frequently conceal themselves inside vehicles to avoid being observed. The driver, later identified as **Jose Miguel Carrillo**, then started driving below the speed limit, repeatedly applied his brakes without any apparent reason and repeatedly swerved and crossed over the centerline. BPAs observed the front passenger lowering himself completely out of sight and then observed him sit back up once the vehicle passed the Sonoita Border Patrol station. BPAs initiated a vehicle stop to conduct an immigration inspection on the occupants. BPAs

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Pablo Alberto Orozco-Ponce

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>[signature]<br>OFFICIAL TITLE<br>Taylor Garrett<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] Jacqueline M. Rateau | DATE<br>July 14, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: J. Kreamer-Hope

**Continued from front page.** 26-07915MJ

approached the driver side of the vehicle and immediately observed that the driver appeared extremely nervous and repeatedly concealed his hands from their view. The driver was verbally confrontational, while the front passenger remained quiet, avoided eye contact, and stared straight ahead. BPAs determined the driver, **Carillo**, was a United States Citizen (USC). The passenger, Pablo Alberto Orozco-Ponce was determined to be a citizen and national of Mexico. Record checks revealed Orozco-Ponce does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Pablo Alberto Orozco-Ponce stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States and paid $100,000 Mexican pesos. He illegally crossed into the United States on July 13, 2026, and walked for approximately three hours through several hills. He stated he was guided by phone towards Interstate 19 (I-19) south of Old Ruby Road. He was picked up at approximately 10:00 p.m. by the driver near I-19. He stated that he was given a description of the vehicle which he described as a golden colored van. He stated that he was told by the coordinator to approach the van and to identify himself by name to the driver. He stated he did not know the driver at all and that the driver never exited the vehicle. He sat in the passenger seat of the vehicle. He stated that after he was picked up, he rode in the van for approximately 20 to 30 minutes without stopping before being apprehended by Sonoita Border Patrol Agents. He stated that the driver had advised him to remain calm.